| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| P&P Imports LLC<br>Casey H. Kempner (SBN 272149)<br>3233 W. Castor St.<br>Santa Ana, CA 92704<br>Telephone No: 650-488-8270<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>P&P IMPORTS V OUTUGO,INC | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: P&P IMPORTS LLC, a California limited liability company<br>Defendant: OUTUGO, INC.; et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:18-CV-2029 DOC(DFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint for Damages and Injunctive Relief, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Attached a Check in the Amount of $25.00 Service Fee to Secretary of State

3. a. Party served:    OUTUGO, INC.
   b. Person served:   TRISHA ALONZO, CUSTOMER SERVICE REPRESENTATIVE FOR THE ARIZONA CORPORATION COMMISSION, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   1300 W. Washington St., Phoenix, AZ 85007

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Nov 30 2018 (2) at: 10:24 AM

6. **Person Who Served Papers:**
   a. Bill Bilyk (MC-8749)                          d. **The Fee** for Service was: $189.98
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/04/2018                                        B. Bl (Signature)
(Date)



PROOF OF SERVICE

2853796
(11344530)