| Attorney or Party without Attorney:<br>P&P Imports LLC<br>Casey H. Kempner (SBN 272149)<br>3233 W. Castor St.<br>Santa Ana, CA 92704<br>  Telephone No: 650-488-8270<br><br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>P&P IMPORTS V OUTUGO,INC | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: P&P IMPORTS LLC, a California limited liability company<br>Defendant: OUTUGO, INC.; et al. |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:18-CV-2029 DOC(DFMx) |
|---|---|---|---|---|

1. I, Michael Cryan 5491, Maricopa County , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject OUTUGO, INC. as follows:

2. **Documents:** Summons in a Civil Action, Complaint for Damages and Injunctive Relief, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Michael Cryan (5491, Maricopa County) on: Nov 20, 2018, 9:00 am MST at 20 E. Thomas Rd., Phoenix, AZ 85012
This is an executive suite and according to the receptionist, Quan is working in Singapore. She didn't know when she would be back. I left a message for her to contact me.

2) Unsuccessful Attempt by: Michael Cryan (5491, Maricopa County) on: Nov 27, 2018, 12:15 pm MST at 20 E. Thomas Rd., Phoenix, AZ 85012
I arrived at the executive suite again and no one from Outgo, Inc. is in the office. She is out of the country.

3. **Person Who Served Papers:**
   a. Michael Cryan (5491, Maricopa County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

Recoverable cost Per CCP 1033.5(a)(4)(B)

d. **The Fee** for Service was: $187.48
e. I am: A Registered California Process Server

4. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.**

12/05/2018
(Date)                    (Signature)



AFFIDAVIT OF
DUE DILIGENCE

2822176
(11340414)