1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| P&P IMPORTS LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OUTUGO, INC.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants | Case No.: 8:18-CV-2029-DOC-FDM<br><br>**JUDGMENT FOR PLAINTIFF P&P IMPORTS LLC AGAINST DEFENDANT OUTUGO, INC.**<br><br>HON: DAVID O. CARTER |

**To DEFENDANT OUTUGO, INC.:**

　　The Court having previously entered the default of Defendant OUTUGO, INC., an Arizona corporation (hereinafter "OUTUGO") and upon proof made to the

- 1 -
JUDGMENT FOR PLAINTIFF P&P IMPORTS LLC AGAINST DEFENDANT OUTUGO, INC.

satisfaction of this Court, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered for Plaintiff P&P Imports LLC ("P&P") as against Defendant OUTUGO.

2. OUTUGO, and its officers, directors, agents, servants, employees, attorneys, receivers, trustees and other fiduciaries and all other persons in active participation with them are, therefore, permanently enjoined from infringing the P&P Imports Winter 2017 Lookbook, the P&P Imports 2016 Lookbook, and the SLAMMO® Trade Dress.

3. P&P is awarded $150,000.00 in statutory damages.

4. P&P is awarded its reasonable attorney's fees of $14,600 as determined by this Court pursuant to Local Rule 55-3 and the Copyright Act.

5. Pursuant to FRCP 54(d)(1), P&P is awarded costs of suit in an amount to be fixed by the Court upon P&P's Application for the same.

6. This Court retains jurisdiction over this matter to enforce the terms of this Judgement.

**IT IS SO ORDERED.**

DATED: June 18, 2019

_David O. Carter_
Hon. David O. Carter
United States District Court Judge